**Order filed September 14, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00276-CV
_____

**TUYEN QUOC LIEN, INDIVIDUALLY AND D/B/A SEA DRAGON RESTAURANT, Appellants**

**V.**

**WP DEVELOPMENTS, LLC, D/B/A WESTERN PARADISE, LLC; AND BM DEVELOPMENTS, LLC, Appellees**

---

**On Appeal from the 353rd District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-16-003816**

---

## O R D E R

On April 24, 2018, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Western District of Texas, under cause number 18-10443. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed May 20, 2020. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.